# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 10, 2016

### NO. 03-15-00656-CV

**Frances Graham, Appellant**

**v.**

**LNV Corporation, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the trial court on October 5, 2015. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.